UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | **ORDER TO DISMISS** |
|---|---|---|
| | ) | |
| v. | ) | **4:11-CR-00087** |
| | ) | |
| GREGORY A. ARNOLD, JR. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the

above-captioned case is dismissed as requested by the United States Attorney.


SO ORDERED, this ____1st____ day of ~~November~~ December, 2014.



_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA